AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAYER, DAVID S. | DISTRICT COURT - WDNC | 08/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

RM. 168
401 W. TRADE ST.
CHARLOTTE, NC 28202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $67,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ETR:FME | A | Dividend | K | T | | | | | |
| 2. NYSE:VZ | B | Dividend | K | T | | | | | |
| 3. NYSE:SEE | A | Dividend | K | T | | | | | |
| 4. NYSE:XOM | A | Dividend | J | T | | | | | |
| 5. NYSE: GCP | | None | J | T | | | | | |
| 6. NYSE:GRA | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. FIFTH THIRD - Savings | A | Interest | J | T | | | | | |
| 9. TRUST #1 (H) | | | | | | | | | |
| 10. -WELLS FARGO DEPOSIT ACCT | A | Interest | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. -AMERICAN CENTURY TAX-FREE BOND FUND CLASS INS #5028 | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 13. | | | | | Sold (part) | 07/13/20 | J | A | |
| 14. | | | | | Sold (part) | 10/16/20 | K | A | |
| 15. | | | | | Sold (part) | 12/11/20 | J | A | |
| 16. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | MAINSTAY MACKAY HIGH YEILD MUNICPAL BOND FUND CLASS R6 #6117 | A | Dividend | K | T | Buy | 10/16/20 | K | | |
| 18. | | | | | | Buy (add'l) | 12/11/20 | J | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |
| 21. | -NUVEEN INTERMEDIATE DURATION BOND FUND CLASS R #1670 | A | Dividend | K | T | Buy (add'l) | 02/14/20 | J | | |
| 22. | | | | | | Buy (add'l) | 10/16/20 | J | | |
| 23. | | | | | | Buy (add'l) | 12/11/20 | J | | |
| 24. | | | | | | | | | | |
| 25. | -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 26. | | | | | | Sold (part) | 07/13/20 | J | A | |
| 27. | | | | | | Sold (part) | 10/16/20 | J | | |
| 28. | | | | | | Sold (part) | 12/11/20 | J | A | |
| 29. | | | | | | | | | | |
| 30. | PIMCO HIGH YIELD FD-INST #108 | A | Dividend | | | Buy (add'l) | 02/14/20 | J | | |
| 31. | | | | | | Sold | 07/13/20 | J | | |
| 32. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 33. PGIM HIGH YIELD FUND CLASS Q#1067 | A | Dividend | J | T | Buy | 07/14/20 | J | | |
| 34. | | | | | Sold (part) | 10/16/20 | J | A | |
| 35. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 36. | | | | | | | | | |
| 37. FIDELITY NEW MARKETS INCOME FUND | A | Dividend | J | T | Buy (add'l) | 10/16/20 | J | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. TCW EMRG MKTS INCM-I 4721 | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 41. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 42. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 43. | | | | | | | | | |
| 44. -AMERICAN CENTURY SMALL CAP GROWTH | A | Dividend | | | Sold (part) | 02/13/20 | J | B | |
| 45. | | | | | Sold | 07/13/20 | J | A | |
| 46. | | | | | | | | | |
| 47. -ARTISAN MID CAP FUND CLASS INS. | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 48. | | | | | Sold (part) | 07/13/20 | J | A | |
| 49. | | | | | Sold (part) | 10/16/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 51. | | | | | | | | | |
| 52. GOLDMAN SACHS ACTIVEBETA U.S. LARGE CAP EQUITY ETF | A | Dividend | K | T | Sold<br>(part) | 02/14/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 54. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 55. | | | | | | | | | |
| 56. -HARBOR CAPITAL APPRECIATION FUND | A | Dividend | | | Sold | 02/13/20 | J | C | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. ISHARES MSCI USA QUALITY FACTOR ETF | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 60. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 61. | | | | | | | | | |
| 62. ISHARES RUSSELL 2000 EFE | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 64. | | | | | | | | | |
| 65. ISHARES TRS &P 1500 INDEX FD | A | Dividend | K | T | Sold<br>(part) | 02/14/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 10/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. | | | | | | Sold<br>(part) | 12/14/20 | J | A | |
| 68. | | | | | | | | | | |
| 69. | JENSEN QUALITY GROWTH FUND | A | Dividend | J | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 70. | | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 71. | | | | | | Sold<br>(part) | 10/16/20 | J | A | |
| 72. | | | | | | | | | | |
| 73. | -JP MORGAN MID CAP VALUE FUND-<br>CLASS L | A | Dividend | | | Sold | 02/13/20 | J | C | |
| 74. | | | | | | | | | | |
| 75. | | | | | | | | | | |
| 76. | -MFS VALUE FUND-CLASS I | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | C | |
| 77. | | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 78. | | | | | | Sold<br>(part) | 10/16/20 | J | A | |
| 79. | | | | | | | | | | |
| 80. | | | | | | | | | | |
| 81. | STERLING CAPITAL STRATTON SM-CP | A | Dividend | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 82. | | | | | | Sold | 07/13/20 | J | | |
| 83. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. TOUCHSTONE MID CAP FUND CLASS INST #353 | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 85. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 86. | | | | | Sold (part) | 10/16/20 | J | | |
| 87. | | | | | Sold (part) | 12/11/20 | J | A | |
| 88. | | | | | | | | | |
| 89. TRIBUTARY SMALL CO-INST PLUS #1705 | A | Dividend | J | T | Buy | 07/14/20 | J | | |
| 90. | | | | | Sold (part) | 10/16/20 | J | A | |
| 91. | | | | | Sold (part) | 12/11/20 | J | A | |
| 92. | | | | | | | | | |
| 93. VANGUARD MIDCAP VIPER | A | Dividend | K | T | Buy (add'l) | 02/14/20 | J | | |
| 94. | | | | | Buy (add'l) | 07/14/20 | K | | |
| 95. | | | | | Sold (part) | 10/19/20 | J | | |
| 96. | | | | | Sold (part) | 12/14/20 | J | A | |
| 97. | | | | | | | | | |
| 98. INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS #7038 | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 99. | | | | | Sold (part) | 07/13/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Sold (part) | 12/11/20 | J | A | |
| 101. | | | | | | | | | |
| 102. ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | | | Sold | 07/14/20 | J | A | |
| 103. | | | | | | | | | |
| 104. -T ROWE PR OVERSEAS STOCK-I #521 | A | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 105. | | | | | Sold (part) | 07/13/20 | J | A | |
| 106. | | | | | Sold (part) | 12/11/20 | J | A | |
| 107. | | | | | | | | | |
| 108. TOUCHSTONE SANDS EM GR-INST #565 | | None | J | T | Buy | 12/11/20 | J | | |
| 109. | | | | | | | | | |
| 110. -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. -T ROWE PRICE REAL ESTATE FUND | A | Dividend | | | Sold | 02/13/20 | J | | |
| 114. | | | | | | | | | |
| 115. POWERSHARES DB OPTIUM YEILD DIVERSIFIED COMMODITY STRATEGY PORTFOLIO | A | Dividend | J | T | Buy | 07/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. | | | | | Sold (part) | 12/14/20 | J | A | |
| 117. | | | | | | | | | |
| 118.  IRA #1 (H) | | | | | | | | | |
| 119.  -AMER BALANCED FD | A | Dividend | K | T | | | | | |
| 120.  -INVESTMENT CO. AMERICA | A | Dividend | K | T | | | | | |
| 121. | | | | | | | | | |
| 122.  401(k) #1 (H) | | | | | | | | | |
| 123.  -NC STABLE VALUE FUND | A | Int./Div. | J | T | | | | | |
| 124. | | | | | | | | | |
| 125.  ROTH IRA #1 (H) | | | | | | | | | |
| 126.  -DEPOSIT ACOUNT - CASH - TD Ameritrade | A | Int./Div. | J | T | | | | | |
| 127. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **CAYER, DAVID S.** | 08/04/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ DAVID S. CAYER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544